United States District Court
Southern District of Texas
**ENTERED**
October 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CAMP MYSTIC, LLC, *et al*, Movants, | § | CIVIL ACTION NUMBER 4:26-MC-01321 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| WARREN BELLOWS, *et al*, Defendants. | § | |

**ORDER**

This matter is currently set for a status conference by Zoom on October 19, 2026, at 10:30 a.m.

The undersigned is now advised of media inquiry as to the potential for remote monitoring by the media and interested members of the public.

It is ORDERED that the status conference will now proceed in person in Courtroom 11A.

Connection information for remote monitoring will be posted to the Court's publicly available calendar.

The parties are ADVISED that this hearing may be reset upon request by email to the Case Manager, if necessary to accommodate the schedule of counsel. Please confer together in advance of any such request.

SO ORDERED.

Signed on October 13, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge